
Shawn E. Logan, ISB No. 10411
Logan & Copple PC
399 S. Oregon Street
Ontario OR 97914
Telephone: (541) 216-6486
shawnlogan@loganlaw.us

    Attorney for Defendant Talese Anderson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br>v.<br><br>TALESE L. ANDERSON, an individual and JORDAN M. EGGERS, individually and in his capacity as the Personal Representative of the Estate of Jeremy C. Eggers,<br><br>    Defendants. | Case No. 1:20-cv-00036-DCN<br><br>SECOND JOINT STATUS REPORT |
| TALESE L. ANDERSON, an individual ,<br><br>    Cross-Claimant,<br>v.<br><br>JORDAN M. EGGERS, individually and in his capacity as the Personal Representative of the Estate of Jeremy C. Eggers,<br><br>    Cross-Defendant. | |

    Defendant Jordan Eggers, by and through his attorney of record, David R. Auxier, and Defendant Talese L. Anderson, by and through her attorney of record, Shawn E. Logan, join in this second status report to the court pursuant to the Court's Order dated September 21, 2020.

Page 1 -  SECOND JOINT STATUS REPORT

1. **Disclosures**:

    a. Defendant Eggers and Defendant Anderson have provided their disclosures pursuant to Federal Rules of Civil Procedure 26(a).

    b. Plaintiff has not provided its disclosures pursuant to Federal Rules of Civil Procedure 26(a), but has provided equivalent disclosure in response to multiple discovery requests.

    c. Plaintiff has not responded to requests regarding filing of this Joint Status Report and it is unknown if Plaintiff joins in this report.

2. **Discovery**:

    a. Document discovery is substantially complete.

    b. Depositions have commenced and the parties are working on scheduling the few remaining depositions. The parties anticipate completing those depositions by February 2021.

Dated this 15th day of December, 2020.

| | |
|---|---|
| INTERMOUNTAIN LAW, PC | LOGAN & COPPLE PC |
| /s/ David R. Auxier | /s/ Shawn E. Logan |
| David R. Auxier, ISB # 7027 | Shawn E. Logan, ISB #10411 |
| Attorney for Defendant Jordan Eggers Eggers, individually and as PR of the Estate of Jeremy C. Eggers. | Attorney for Defendant Talese Anderson |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 15th day of December, 2020, I filed the foregoing SECOND JOINT STATUS REPORT electronically through the CM/ECF system, which caused the follow parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Samuel A. Diddle<br>Eberle Berlin Kading Turnbow & McKlveen<br>PO Box 1368<br>Boise, ID 83701<br>sdiddle@eberle.com<br>Attorney for Plaintiff | David R. Auxier<br>1513 N. Whitley Dr.<br>Fruitland ID 83619<br>dra@bakercitylaw.com<br>Attorney for Defendant Jordan M. Eggers, individually and as PR of the Estate of Jeremy C. Eggers. |

        LOGAN & COPPLE PC


        /s/ Shawn E. Logan
        Shawn E. Logan ISB #10411
        Attorney for Defendant Talese Anderson