IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| Banner Life Insurance Company, | Case No. 1:20 CV 36 |
| Plaintiff, | ORDER GRANTING MOTION <u>FOR PARTIAL SUMMARY JUDGMENT</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Talese L. Anderson, et al., | |
| Defendants. | |

Pending is Defendant Jordan Eggers' Motion for Partial Summary Judgment (Doc. 34). Eggers asserts that the Estate of Jeremy C. Eggers is entitled to the $900,000 accidental-death benefit. Defendant Talese Anderson does not oppose the Motion.

Having reviewed the Motion and the attachments, it is clear there are no genuine issues of material fact and, therefore, Jordan Eggers is entitled to judgment as a matter of law. Federal Civil Rule 56(c). The Motion (Doc. 34) is granted.

Plaintiff Banner shall transmit the accidental-death benefit in a check payable to the Estate of Jeremy C. Eggers. Upon payment of the benefit proceeds, Banner shall be discharged from further liability under the terms of the accidental-death policy, and all claims against Banner arising out of, or relating to, that policy are dismissed with prejudice. Banner's payment of the accidental-death benefit under this Order shall not impair Banner's right to later petition this Court for fees and costs incurred in this action.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

May 17, 2021