IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

Banner Life Insurance Company,   Case No. 1:20 CV 36

        Plaintiff,   O R D E R

  -vs-   JUDGE JACK ZOUHARY

Talese L. Anderson, et al.,

        Defendants.

At the request of counsel, this Court held a Phone Status on August 11, 2021. Counsel present: Samuel Diddle for Plaintiff; Shawn Logan for Defendant Talese Anderson; and John Janis for Defendant Jordan Eggers.

This Court reviewed pending motions with counsel.

This Court will grant Plaintiff's Motion for Interpleader (Doc. 47) following the completion of a Rule 30(b) deposition of Plaintiff.

Motion in Limine (Doc. 45) will be ruled on following a response due on **August 12**.

Counsel are reminded to comply with dates in Amended Trial Order (Doc. 44).

IT IS SO ORDERED.

      s/ *Jack Zouhary*
      JACK ZOUHARY
      U. S. DISTRICT JUDGE

August 12, 2021