IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| Banner Life Insurance Company, | Case No. 1:20 CV 36 |
| Plaintiff, | ORDER GRANTING |
| | PLAINTIFF'S MOTION FOR |
| -vs- | INTERPLEADER DISCHARGE |
| Talese L. Anderson, et al., | JUDGE JACK ZOUHARY |
| Defendants. | |

This matter is before this Court upon the unopposed Motion of Plaintiff Banner Life Insurance Company ("Banner") (Doc. 47), pursuant to Federal Civil Rule 22(a)(1) and Idaho Code §§ 5-321 and 8-701.

For good cause shown, the Motion for Interpleader and Discharge with request to pay interpleader funds into this Court is approved. Plaintiff shall deposit with the Clerk of the Court the proceeds payable under the Term Life Insurance Policy No. 181239991 issued to Jeremy C. Eggers.

After depositing the proceeds with this Court, Banner shall be released and discharged of liability with respect to both Defendants, and shall be dismissed as a party to this case with prejudice, but without prejudice to move for any attorney fees and costs to which it might be entitled.

IT IS SO ORDERED.

s/ Jack Zouhary
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 2, 2021