Samuel A. Diddle, ISB #4967
EBERLE, BERLIN, KADING,
   TURNBOW & MCKLVEEN, CHTD.
1111 West Jefferson, Ste 530
PO Box 1368
Boise, ID  83701
Telephone:    (208) 344-8535
Facsimile:     (208) 344-8542
Email:          sdiddle@eberle.com

*Attorneys for the Plaintiff*
*Banner Life Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-00036-JZ |
| TALESE L. ANDERSON, an individual and JORDAN M. EGGERS, individually and in his capacity as the Personal Representative of the Estate of Jeremy C. Eggers, | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES** |
| Defendants. | |

COMES NOW the above-entitled Plaintiff, Banner Life Insurance Company (hereinafter, "Banner"), by and through its counsel of record, Eberle, Berlin, Kading, Turnbow & McKlveen, Chartered, and submits this Memorandum in support of its Motion for Award of Attorney Fees.

### INTRODUCTION

Plaintiff filed its Interpleader Complaint on July 24, 2020 against Defendants, Talese L. Anderson, ("Anderson"), and Jordan M. Eggers  ("Jordan Eggers" or "PR") pursuant to 28 U.S.C.

§ 1335,. Anderson was the girlfriend of Jeremy C. Eggers and Jordan Eggers is the personal representative of the Estate of Jeremy C. Eggers.

Plaintiff issued a term life insurance policy to Jeremy C. Eggers, bearing Policy No. 18123991 (the "Life Insurance Policy").

Jeremy C. Eggers died on or about May 17, 2019 in Idaho as a result of accidental drowning.

The Designated Beneficiary in effect at the time of the Insured's death was Monica Eggers, Jeremy C. Egger's former spouse. Jeremy C. Eggers and Monica Eggers  divorced in the State of Idaho and as a result of the divorce, Monica Eggers' rights as the primary beneficiary designated on October 5, 2016, prior to the divorce were terminated pursuant to the applicable Idaho divorce revocation statute.

Following Jeremy C. Eggers' death, the Insured's beneficiary under the Life Insurance Policy was listed as Monica Eggers, the Decedent's former wife.

On or about June 4, 2019, Plaintiff received a claim from Anderson's counsel.

Anderson asserted a claim to the benefits payable under policies numbered 181239991.

Due to the competing claims made by or available to Ms. Anderson and Jordan Eggers, in his capacity as personal representative of the Estate of the Insured and individually, Plaintiff has not yet made payment of the Benefit under the Life Insurance Policy.

On May 17, 2021 (Dkt. 39) the Court ordered Plaintiff to transmit the accidental death benefit check payable to the Estate of Jeremy C. Eggers.  On May 26, 2021, Plaintiff's counsel delivered Check No. 2630433 in the amount of $911,009.43 to John Janis, counsel for the Estate of Jeremy C. Eggers.

On September 2, 2021, the Court entered an Order Granting Plaintiff's Motion for Interpleader Discharge (Dkt. 59) instructing Plaintiff to deposit with the Clerk of the Court the proceeds payable under the Term Life Insurance Policy No. 181239991.   Plaintiff was released and discharged of liability and dismissed as a party to this case with prejudice but without prejudice to move for an award of attorney fees and costs.

The remaining issues in this case will be decided at the Court trial commencing on September 15, 2021.

## ARGUMENT

### A.  Legal Standard

"[T]he proper rule, in an action in the nature of interpleader, is that the plaintiff should be awarded attorney fees for the services of his attorneys in interpleading." *Schirmer Stevedoring Co. Ltd. V. Seaboard Stevedoring Corp.*, 306 F.2d 188m 194 (9th Cir. 1962).  "[T]he availability of attorneys' fees for interpleader plaintiffs recognizes that by bringing the action, the plaintiff benefits all parties by promoting early litigation on the ownership of the fund, thus preventing dissipation." *Trs. Of Dirs. Guild of Am. Producer Pension Benefits v. Tise*, 234 F. 3d 415, 426 (9th Cir. 2000).

Plaintiff is seeking $14,560.00 in attorney fees and $858.71 in costs.  The fees break down as follows as specified in the attached Affidavit of Samuel A. Diddle in Support of this Motion and the Bill of Costs filed concurrently herewith.

Pursuant to Fed. R. Civ. P. 54(d)(2)(B) and Dist. Idaho. Loc. Civ. R. 54.2(b):

1.      This Motion is filed within 14 days after the Order Granting Plaintiff's Motion for Interpleader Discharge, dated September 2, 2021 (Dkt. 59).

2.      Pursuant to the Order, Plaintiff's may move for any attorney's fees and costs to which it might be entitled.

3.      The amount of reasonable attorney's fees sought up through the filing of this Motion is $14,560.00.  Additional fees may be incurred to prepare and submit a Reply Brief if there is any opposition to this Motion or the Bill of Costs.

**B.  Prevailing Party.**

The Plaintiff is an interpleader Plaintiff. It sought no damages, only the discharging of liability to the Defendants arising out of the case set forth upon payment of the benefits.   Thus, Plaintiff achieved the result it sought.

Counsel for Plaintiff's time and labor involved preparing the complaint, preparing and disclosing initial disclosures, participating in the scheduling conference and multiple hearings, responding to discovery, preparing for and defending deposition of Plaintiff's representative.

## <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its Motion for Attorney Fees in the amount of $14,560.00 (plus amounts incurred after filing this Motion.)

DATED this 16th day of September, 2021.

EBERLE, BERLIN, KADING, TURNBOW
& MCKLVEEN, CHARTERED

By_____*/s/Samuel A. Diddle*_____
          Samuel A. Diddle, Idaho Bar #4967
          Attorneys for the Plaintiff
          Banner Life Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 16th day of September, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | | |
|---|---|---|
| John J. Janis<br>Hepworth Holzer LP<br>537 West Bannock St.<br>Boise Idaho 83701 | ☐<br>☒ | Email: jjanis@hepworthholzer.com<br>ECF Notice |
| Shawn E. Logan<br>Logan & Copple PC<br>399 S. Oregon Street<br>Ontario, OR  97914 | ☐<br>☒ | Email:  shawnlogan@loganlaw.us<br>ECF Notice |

*/s/ Samuel A. Diddle*
Samuel A. Diddle

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY FEES  - 5**
11097-1\01025368.000