Shawn E. Logan, ISB 10411
Attorney for Plaintiff
Logan & Copple P.C.
153 SW 1st Street
Ontario OR 97914
(541) 216-6486
shawnlogan@loganlaw.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BANNER LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>TALESE L. ANDERSON, an individual and JORDAN M. EGGERS, individually and in his capacity as the Personal Representative of the Estate of Jeremy C. Eggers,<br><br>Defendants. | Case: 1:20-cv-00036-DCN<br><br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF TALESE L. ANDERSON |

### MOTION

Pursuant to Dist. Idaho Loc.Civ.R.83.6(c)(1) of the Local Rules of United States District court for the District of Idaho, counsel for Talese L. Anderson, Shawn E. Logan, with Logan & Copple P.C., hereby requests the Court allow for his withdrawal as counsel of record for Defendant. The undersigned currently is listed as counsel for Talese Anderson and hereby request withdrawal based upon the following declaration in support.

1  MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR DEFENDANT TALESE L. ANDERSON

DECLARATION

On January 26, 2022, counsel spoke with Defendant in person. Counsel agreed to file a Notice of Appeal but told Defendant that he does not do appellate work and she would need to retain appellate counsel.  Defendant agreed.

Pursuant to Dist. Idaho Loc.Civ.R.83.6(c)(1), Defendant has been advised to seek representation with an appellate attorney and has been offered help with a referral.

Based on the foregoing declaration, counsel requests an order to withdraw as counsel of record.

DATED this 1st day of February 2022.

/s/ Shawn E. Logan
Shawn E. Logan, ISB No. 10411
Of Attorney for Defendant
Logan and Copple, P.C.
399 S. Oregon St
Ontario, OR 97914
(541) 216-6486
shawnlogan@loganlaw.us

CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Motion to Withdraw on:

John J. Janis
Hepworth Holzer
537 W. Bannock St.
Boise, ID 83701
208-343-7510
jjanis@hepworthholzer.com

Talese Anderson
4726 Center Ln.
Fruitland, ID 83619
pettet27@gmail.com

By mailing a true and correct copy thereof in a sealed, first class post-prepaid envelope, addressed to the person(s) and/or attorney(s) listed above, and deposited in the United States Postal Service Mailbox in Ontario, Oregon and by emailing full, true and correct copies to the party listed above, on the date set forth below.

    DATED: this 1st day of February 2022.

                                                 By:    /s/ Shawn E. Logan
                                                          Shawn E. Logan, ISB No. 10411
                                                          Of Attorney for Defendant
                                                          Logan & Copple, P.C.
                                                          399 S. Oregon St
                                                          Ontario, OR 97914
                                                          (541) 216-6486
                                                          shawnlogan@loganlaw.us